IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                   3:09cr10/MCR

DWAYNE LAMOUR WILLIAMS,
 a/k/a "Dewayne Williams"

       Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, DWAYNE LAMOUR WILLIAMS, to the indictment against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 30th day of March, 2009.

                                    s/ *M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE